**CARDEN LIVESAY**
— LTD —
ATTORNEYS AT LAW

Joshua W. Carden, SBN 021698
419 East Juanita Avenue, Suite 103
Mesa, AZ 85204
joshua@cardenlivesay.com
T. (480) 345-9500
F. (480) 345-6559
*Attorney for Plaintiff*

Justin S. Pierce (State Bar #022646)
**PIERCE COLEMAN PLLC**
7730 East Greenway Road, Suite 105
Scottsdale, Arizona 85260
Tel. (602) 772-5507
Fax (877) 772-1025
Justin@PierceColeman.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexandra Perdue,<br><br>                        Plaintiff,<br><br>v.<br><br>Maricopa Community Colleges/ Maricopa County Community College District,<br><br>                        Defendants. | No.  2:21-cv-01181-DJH<br><br>**JOINT NOTICE OF SETTLEMENT** |

    Plaintiff Alexandra Perdue and Defendants Maricopa Community Colleges and Maricopa County Community College District, through undersigned counsel, hereby give notice that the parties have resolved this matter. The parties anticipate that they will file a stipulation and formal order for dismissal of this case with prejudice within the next 30 days.



Respectfully submitted on this 18th day of July 2023.

| Pierce Coleman, PLLC. | Carden Livesay, Ltd. |
|---|---|
| By /s/ *Justin S. Pierce (with permission)* | By: /s/ *Joshua W. Carden* |
| Justin S. Pierce | Joshua W. Carden |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

I certify that the content of this document is acceptable to all persons required to sign the document and that authorization to electronically sign this document has been obtained.

By: s/Joshua W. Carden

