# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexandra Perdue, | No. CV-21-01181-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Maricopa County Community College District, | |
| Defendant. | |

This matter is before the Court on the Notice of Settlement (Doc. 67), filed on July 18, 2023. Accordingly,

**IT IS ORDERED** that a Stipulation to Dismiss shall be filed on or before <u>August 21, 2023</u>. If a Stipulation to Dismiss has not been filed by this deadline, the parties shall file a Status Report to the Court on that date.

Dated this 19th day of July, 2023.

_____
Honorable Diane J. Humetewa
United States District Judge