**CARDEN LIVESAY LTD**
ATTORNEYS AT LAW

Joshua W. Carden, SBN 021698
419 East Juanita Avenue, Suite 103
Mesa, AZ 85204
joshua@cardenlivesay.com
T. (480) 345-9500
F. (480) 345-6559
*Attorney for Plaintiff*

Justin S. Pierce (State Bar #022646)
**PIERCE COLEMAN PLLC**
7730 East Greenway Road, Suite 105
Scottsdale, Arizona 85260
Tel. (602) 772-5507
Fax (877) 772-1025
Justin@PierceColeman.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexandra Perdue,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Maricopa Community Colleges/ Maricopa County Community College District,<br><br>　　　　　　　Defendants. | No. 2:21-cv-01181-DJH<br><br>**STIPULATION FOR DISMISSAL** |

It is hereby stipulated by and between the parties through undersigned counsel that the above-captioned action be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 21st day of August 2023.



1

| | |
|---|---|
| PIERCE COLEMAN, PLLC. | CARDEN LIVESAY, LTD. |
| By /s/ *Justin S. Pierce  (with permission)* | By: */s/ Joshua W. Carden* |
| Justin S. Pierce | Joshua W. Carden |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

I certify that the content of this document is acceptable to all persons required to sign the document and that authorization to electronically sign this document has been obtained.

By: s/Joshua W. Carden

